No. 1034. AMERICAN CENTRAL INSURANCE COMPANY *v.* MRS. G. W. SIMS. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. R. Lee Bartels* for petitioner. No appearance for respondent.

———

Nos. 1039 and 1040. DIAMOND COAL & COKE COMPANY *v.* HAZELWOOD DOCK COMPANY ET AL. June 9, 1924. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edward B. Burling* for petitioner. *Mr. Lowrie C. Barton* appeared for respondents.

———

No. 1041. AMERICAN CREOSOTE WORKS, INC., ET AL. *v.* EDWIN L. POWELL. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William B. Grant* and *Mr. Charlton R. Beattie* for petitioners. *Mr. Monte M. Lemann* appeared for respondent.

———

No. 1049. LANDERS COMPANY, INC., ET AL. *v.* LINCOLN-ALLIANCE BANK. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. J. Howard* and *Mr. Sewall Myer* for petitioners. *Mr. Palmer Hutcheson* appeared for respondent.

———

No. 1054. COMMERCIAL NATIONAL BANK OF HUTCHINSON, KANSAS, *v.* HEID BROTHERS, INC. June 9, 1924. Petition for a writ of certiorari to the Court of Civil Appeals for the Eighth Supreme Judicial District of the State of Texas denied. *Mr. I. N. Watson* and *Mr. Charles R. Loomis* for petitioner. *Mr. Joseph U. Sweeney* for respondent.